Opinion by DOWDELL, J.

---

# Moore, Kirkland & Co. v. Byrd.

APPEAL from Dale Circuit Court.
Tried before the Hon. J. W. FOSTER.

A. A. WILEY & CHAS. WILKINSON, for appellant.

H. L. MARTIN and SOLLIE & KIRKLAND, for appellee.

This action was brought by the appellants against the appellee, A. B. Byrd, and the sureties on his official bond, as sheriff, to recover for the alleged breach of said bond. On the trial of the case there was a judgment in favor of the defendants. The plaintiffs appeal. The judgment is affirmed.

Opinion by MCCLELLAN, C. J.